# FILED

### March 20, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**U.S. Department of Justice**
United States Attorney

BY: _____
D. Trujillo
DEPUTY

# United States District Court
## Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY FRANCE JOHNSON, | § | **EP-24-CR-00644-FM** |
| Defendant. | § | |

### <u>ORDER FOR BENCH WARRANT</u>

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this ____20____ day of ____MARCH____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

<u>Defendant</u>                    <u>Recommended Amount of Bail</u>

**TIMOTHY FRANCE JOHNSON**          Detain without Bond