

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*   *Phone: (915) 534-6884*
*El Paso, Texas 79901*   *Facsimile 915.534.6024*

June 10, 2024

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

    **RE:** **U.S. v. TIM FRANCE JOHNSON**
          **COURT NO.: EP-24-CR-00644-LS-1**

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be **added** as **lead** counsel currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. **Please terminate the previously assigned AUSA on this case, Shane Wagman Romero.** Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                JAIME ESPARZA
                              UNITED STATES ATTORNEY

By:  /s/_____

        MICAELA L. GLASS
        Assistant United States Attorney