UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CAUSE NO. EP-24-CR-0644-LS |
| | § |
| TIMOTHY FRANCE JOHNSON, | § |
| | § |
| Defendant. | § |

### ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO DESIGNATE CASE COMPLEX AND TO TOLL SPEEDY TRIAL PROVISIONS

Came on this date to be considered the Government's Motion to Extend Government's Discovery Deadline and Motion for Designation as Complex Case and Tolling of Speedy Trial Provisions in the above entitled and numbered cause, and after considering the same, the Court is of the opinion that it should be GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendant in a speedy trial, based on the following factors:

1. The issues and facts in this case are unusual and complex, and it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act; and

IT IS HEREBY ORDERED that the case is continued until the ____October 1____, 2024 docket call.

IT IS ORDERED that the time period between the filing of the Government's instant motion and the date set above for docket call is subject to exclusion under the provisions of Title 18, United States Code, section 3161(h)(7).

Signed this __3rd__ day of _____July_____, 2024.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE