UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:24-CR-00644(1)-LS |
| | § | |
| (1) Timothy France Johnson | § | |

## <u>ORDER</u>

On this day, **t**he Court considered the Defendant's Motion for Continuance, made orally during docket call in the above-captioned cause. After due consideration, the Court is of the opinion that said motion should be granted.

The Court finds that the interests of justice outweigh the interests of the defendant and the public in a speedy trial, in that more time is needed by the defendant for preparation of the defense in this case, and that the time from **November 05, 2024 to December 03, 2024**, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause is set for DOCKET CALL in the District Courtroom, Room 622, El Paso, TX 79901, on **Tuesday, December 03, 2024 at 09:00 AM.**

**SO ORDERED.**

**Signed this 5th day of November, 2024.**

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE